IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHNNIE MARIE DIXON                  PLAINTIFF

v.           Civil No. 4:15-cv-04023

COMMISSIONER, SOCIAL                 DEFENDANT
SECURITY ADMINISTRATION

## ORDER

  Plaintiff has submitted a Complaint for filing in this District, together with a request for leave to proceed *in forma pauperis*. After review, it is found that Plaintiff is unable to pay for the costs for commencement of suit, and accordingly,

  **IT IS HEREBY ORDERED** Plaintiff's Motion For Leave to Proceed *in forma pauperis* is **GRANTED**. Additionally, the Court hereby directs that a copy of the Complaint filed herein, along with a copy of this Order, be served by the Plaintiff by certified Mail, return receipt requested, on the Defendant CAROLYN COLVIN, Commissioner, Social Security Administration, the U.S. Attorney General, and the Assistant U.S. Attorney, without prepayment of fees and costs or security therefore. The Defendant is Ordered to answer within sixty (60) days from the date of service.

  **IT IS SO ORDERED** this 23rd day of February 2015.

                     /s/   Barry A. Bryant
                     HON. BARRY A. BRYANT
                     U.S. MAGISTRATE JUDGE