1IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHNNIE MARIE DIXON                                                                            PLAINTIFF

vs.                                      Civil No. 4:15-cv-04023

CAROLYN W. COLVIN                                                                              DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 5th day of October 2015.**

                                                                /s/  Barry A. Bryant
                                                                HON. BARRY A. BRYANT
                                                                U. S. MAGISTRATE JUDGE